Montea D. MITCHELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64830.

Missouri Court of Appeals,
Western District.

June 27, 2006.

William J. Swift, Columbia, MO, Attorney for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, Attorney for Respondent.

Before ELLIS, P.J., LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM.

Movant filed this appeal from the denial of his Rule 29.15 motion which asserted trial counsel was ineffective for failing to advise Movant he could waive a pre-sentence investigation and keep damaging information away from the sentencing judge. Affirmed. Rule 84.16(b).